UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TYRONE WILSON,

        Plaintiff,

 vs.

Officer O'MAHONEY and Sergeant McEACHEM,

        Defendants.

No. C 05-1864 PJH (PR)

**ORDER SETTING DEADLINE**

    This is a civil rights case filed pro se by a state prisoner. The court ordered service on defendants and ordered them to file a dispositive motion within sixty days of the date of service. The defendants were successfully served, and filed an answer, but although more than sixty days have passed after service, they have not filed a dispositive motion.

    Defendants shall file a dispositive motion within thirty days of the date this order is entered or inform the court that no such motion is justified. If they do not meet this deadline, the court will consider imposition of sanctions. If defendants file a dispositive motion, the times for filing an opposition and reply set out in the order of service shall apply.

**IT IS SO ORDERED.**

Dated: September 9, 2008.

                                      PHYLLIS J. HAMILTON
                                      United States District Judge

G:\PRO-SE\PJH\CR.05\WILSON864.EXT-D.wpd